UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW JERSEY and STATE OF NEW YORK,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau,

Defendants.

---

26 Civ. 939 (JAV)

**NOTICE OF APPEAL**

All defendants appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on June 30, 2026.

Dated: New York, New York
August 28, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ CHIBOGU NNEKA NZEKWU
C. Nneka Nzekwu
Tara Schwartz
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2737/2633
E-mail: chibogu.nzekwu@usdoj.gov
tara.schwartz@usdoj.gov

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−00939−JAV

State of New Jersey et al v. United States Department of Transportation et al
Assigned to: Judge Jeannette A. Vargas
Cause: 05:551 Administrative Procedure Act

Date Filed: 02/03/2026
Date Terminated: 06/30/2026
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of New Jersey** represented by

**Shankar Duraiswamy**
New Jersey Office of the Attorney General
25 Market Street
PO Box 080
Trenton, NJ 08625
609−649−1019
Email: shankar.duraiswamy@njoag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jake Mazeitis**
33 Washington Street
9th Floor
Newark, NJ 07102
609−696−3859
Email: jake.mazeitis@njoag.gov
*ATTORNEY TO BE NOTICED*

**Janine Siran Balekdjian**
25 Market Street
Trenton, NJ 08625
609−815−0846
Email: janine.balekdjian@njoag.gov
*ATTORNEY TO BE NOTICED*

**Jeremy M. Feigenbaum**
Office of The New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor, West Wing
Trenton, NJ 08625
(609)−376−2690
Email: Jeremy.Feigenbaum@njoag.gov
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Van Driesen**
Division of Law
Special Litigation
124 Halsey Street
Newark, NJ 07101
973−648−2566
Email: lauren.vandriesen@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Naima Drecker−Waxman**
Office of Attorney General of New Jersey
25 Market Street
PO Box 080
Trenton, NJ 08625

609−696−3953
Email: naima.drecker−waxman@njoag.gov
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
917−715−4172
Email: rabia.muqaddam@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State Of New York** represented by **Jessica Grace Ranucci**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
929−736−3392
Email: jessica.ranucci@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Thompson**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212−416−6183
Email: stephen.thompson@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Transportation** represented by **Chibogu Nneka Nzekwu**
DOJ−USAO
Sdny
86 Chambers Street
New York, NY 20002
917−836−4458
Email: Chibogu.Nzekwu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
DOJ−USAO
86 Chambers St
New York, NY 10007
212−637−2633
Email: tara.schwartz@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Duffy**
*in his official capacity as Secretary of Transportation* represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Railroad Administration** represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Fink**
*in his official capacity as Administrator of the Federal Railroad Administration* represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Transit Administration** represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcus J. Molinaro**
*in his official capacity as Administrator of the Federal Transit Administration* represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Build America Bureau** represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Morteza Farajian**
*in his official capacity as Executive Director of the Build America Bureau* represented by **Chibogu Nneka Nzekwu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2026 | 1 | COMPLAINT against Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Filing Fee $ 405.00, Receipt Number ANYSDC−32359250)Document filed by State of New Jersey, State Of New |

| | | |
|---|---|---|
| | | York. (Attachments: # 1 Exhibit 1).(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 2 | CIVIL COVER SHEET filed..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Transportation, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Sean Duffy in his official capacity as Secretary of Transportation, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Federal Railroad Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to David Fink in his official capacity as Administrator of the Federal Railroad Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Federal Transit Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Marcus J. Molinaro in his official capacity as Administrator of the Federal Transit Administration, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Build America Bureau, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Dr. Morteza Farajian in his official capacity as Executive Director of the Build America Bureau, re: 1 Complaint,. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 11 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 02/03/2026) |
| 02/03/2026 | 12 | MEMORANDUM OF LAW in Support re: 11 Proposed Order to Show Cause With Emergency Relief . Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 13 | AFFIRMATION of Stephen C. Thompson in Support re: 11 Proposed Order to Show Cause With Emergency Relief. Document filed by State Of New York, State of New Jersey. (Attachments: # 1 Exhibit 1 − Sincaglia Declaration, # 2 Exhibit 2 − Ullman Declaration, # 3 Exhibit 3 − 2021 Environmental Impact Statement, # 4 Exhibit 4 − New York Times article, # 5 Exhibit 5 − DOT website for the Project, # 6 Exhibit 6 − Regional Plan Association news release, # 7 Exhibit 7 − FTA press release, # 8 Exhibit 8 − 2023 Project Development Agreement, # 9 Exhibit 9 − 2022 RAISE Award Fact Sheets, # 10 Exhibit 10 − Mega Program FY2022 Fact Sheets, # 11 Exhibit 11 − September 30 Suspension Letter, # 12 Exhibit 12 − CNBC article, # 13 Exhibit 13 − DOT press release, # 14 Exhibit 14 − Fox Business article, # 15 Exhibit 15 − NJ Biz article, # 16 Exhibit 16 − October 2, 2025 letter, # 17 Exhibit 17 − October 7, 2025 letter, # 18 Exhibit 18 − October 21, 2025 letter, # 19 Exhibit 19 − December 1, 2025 letter, # 20 Exhibit 20 − December 8, 2025 letter, # 21 Exhibit 21 − January 8, 2026 letter, # 22 Exhibit 22 − NJT 2024 Annual Report, # 23 Exhibit 23 − CBS News article, # 24 Exhibit 24 − Regional Planning Association report).(Muqaddam, Rabia) (Entered: 02/03/2026) |
| 02/03/2026 | 14 | NOTICE OF APPEARANCE by Stephen Christopher Thompson on behalf of State Of New York..(Thompson, Stephen) (Entered: 02/03/2026) |

| | | |
|---|---|---|
| 02/03/2026 | 15 | NOTICE OF APPEARANCE by Jessica Grace Ranucci on behalf of State Of New York..(Ranucci, Jessica) (Entered: 02/03/2026) |
| 02/04/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Victor Marrero. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 02/04/2026) |
| 02/04/2026 | | Magistrate Judge Ona T. Wang is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | | Case Designated ECF. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 11 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (nd)** (Entered: 02/04/2026) |
| 02/04/2026 | 16 | ELECTRONIC SUMMONS ISSUED as to United States Department of Transportation. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 17 | ELECTRONIC SUMMONS ISSUED as to Sean Duffy. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 18 | ELECTRONIC SUMMONS ISSUED as to Federal Railroad Administration. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 19 | ELECTRONIC SUMMONS ISSUED as to David Fink. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 20 | ELECTRONIC SUMMONS ISSUED as to Federal Transit Administration. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 21 | ELECTRONIC SUMMONS ISSUED as to Marcus J. Molinaro. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 22 | ELECTRONIC SUMMONS ISSUED as to Build America Bureau. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 23 | ELECTRONIC SUMMONS ISSUED as to Dr. Morteza Farajian. (vf) (Entered: 02/04/2026) |
| 02/04/2026 | 24 | NOTICE OF APPEARANCE by Lauren Elizabeth Van Driesen on behalf of State of New Jersey..(Van Driesen, Lauren) (Entered: 02/04/2026) |
| 02/04/2026 | | NOTICE OF CASE REASSIGNMENT to Judge Jeannette A. Vargas. Judge Victor Marrero is no longer assigned to the case. (vba) (Entered: 02/04/2026) |
| 02/04/2026 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 11 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (nd)** (Entered: 02/04/2026) |
| 02/04/2026 | 25 | MOTION for Shankar Duraiswamy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32362631. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice).(Duraiswamy, Shankar) (Entered: 02/04/2026) |
| 02/04/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Shankar Duraiswamy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32362631. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/04/2026) |

| | | |
|---|---|---|
| 02/04/2026 | 26 | NOTICE OF APPEARANCE by Tara Schwartz on behalf of Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/04/2026) |
| 02/04/2026 | 27 | LETTER addressed to Judge Jeannette A. Vargas from Tara Schwartz dated February 4, 2026 re: Courts Individual Rules and Practices Regarding Civil Matters in which the United States Attorney for the Southern District of New York or the United States Department of Justice Represents a Party. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/04/2026) |
| 02/04/2026 | 28 | NOTICE OF APPEARANCE by Chibogu Nneka Nzekwu on behalf of Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/04/2026) |
| 02/04/2026 | 29 | ORDER: Counsel for all parties shall appear for a hearing with respect to Plaintiffs' application for a temporary restraining order pursuant to Rule 65(b) ("TRO") on February 6, 2026, at 1:00pm. The hearing will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Any opposition papers to the entry of the requested TRO shall be filed by February 6, 2026, at 11:00am. Plaintiff shall serve copies of this Order and its application for a TRO upon the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail by no later than 5:00pm today, and promptly file proof of such service on the docket. Counsel for Defendants shall promptly enter notices of appearance. ( Status Conference set for 2/6/2026 at 01:00 PM in Courtroom 14C, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/04/2026 | 30 | CERTIFICATE OF SERVICE of Motion for Temporary Restraining Order served on Defendants on 02/04/2026. Service was made by E−mail. Document filed by State Of New York..(Thompson, Stephen) (Entered: 02/04/2026) |
| 02/04/2026 | 31 | ORDER FOR ADMISSION PRO HAC VICE granting 25 Motion for Shankar Duraiswamy to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in theabove captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jeannette A. Vargas on 2/4/2026) (sgz) (Entered: 02/04/2026) |
| 02/05/2026 | 32 | MOTION for Jeremy Feigenbaum to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−32368359. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order to Appear Pro Hac Vice).(Feigenbaum, Jeremy) (Entered: 02/05/2026) |
| 02/05/2026 | 33 | CERTIFICATE OF SERVICE of Summons and Complaint, served. Build America Bureau served on 2/5/2026, answer due 4/6/2026; Sean Duffy served on 2/5/2026, answer due 4/6/2026; Dr. Morteza Farajian served on 2/5/2026, answer due 4/6/2026; Federal Railroad Administration served on 2/5/2026, answer due 4/6/2026; Federal Transit Administration served on 2/5/2026, answer due 4/6/2026; David Fink served on 2/5/2026, answer due 4/6/2026; Marcus J. Molinaro served on 2/5/2026, answer due 4/6/2026; United States Department of Transportation served on 2/5/2026, answer due 4/6/2026. Service was made by Mail. Document filed by State Of New York..(Thompson, Stephen) (Entered: 02/05/2026) |
| 02/05/2026 | 34 | MOTION for Janine Siran Balekdjian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369019. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Affidavit Pro Hac Vice Affidavit, # 2 Supplement Certificates of Good Standing, # 3 Proposed Order Proposed Order).(Balekdjian, Janine) (Entered: 02/05/2026) |
| 02/05/2026 | 35 | MOTION for Jake Mazeitis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369389. **Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | **Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Affidavit JM Affidavit, # 2 Supplement NJ Cert. of Good Standing, # 3 Supplement CO Cert. of Good Standing, # 4 Proposed Order JM Proposed Order).(Mazeitis, Jake) (Entered: 02/05/2026) |
| 02/05/2026 | 36 | MOTION for Naima Drecker−Waxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369696. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of New Jersey. (Attachments: # 1 Proposed Order to Appear Pro Hac Vice).(Drecker−Waxman, Naima) (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 32 MOTION for Jeremy Feigenbaum to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−32368359. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 MOTION for Janine Siran Balekdjian to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369019. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 35 MOTION for Jake Mazeitis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369389. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/05/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 36 MOTION for Naima Drecker−Waxman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32369696. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/05/2026) |
| 02/06/2026 | 37 | ORDER FOR ADMISSION PRO HAC VICE granting 32 Motion for Jeremy Feigenbaum to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 38 | ORDER FOR ADMISSION PRO HAC VICE granting 34 Motion for Janine Balekdjian to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 39 | ORDER FOR ADMISSION PRO HAC VICE granting 35 Motion for Jake Mazeitis to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 40 | ORDER FOR ADMISSION PRO HAC VICE granting 36 Motion for Naima Drecker−Waxman to Appear Pro Hac Vice. (Signed by Judge Jeannette A. Vargas on 2/6/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 02/06/2026) |
| 02/06/2026 | 41 | RESPONSE re: 12 Memorandum of Law in Support *of Defendants' Motion to Dismiss and in Opposition to Plaintiffs' Request for a Temporary Restraining Order*. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/06/2026) |
| 02/06/2026 | 42 | LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 2/6/26. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. Return Date set for 2/6/2026 at 01:00 PM..(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 43 | ***SEALED***DECLARATION of Matthew Hawkins in Support re: 42 LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 2/6/26.. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David |

| | | |
|---|---|---|
| | | Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit FTA CIG Grant, # 2 Exhibit FTA RAISE Grant, # 3 Exhibit General Terms and Conditions Under the Fiscal Year 2023 RAISE Program: FTA Projects, # 4 Exhibit FRA FSP Grant, # 5 Exhibit RRIF Loan Agreement, # 6 Exhibit RRIF Loans Agreement, # 7 Exhibit RRIF Loans Agreement)Motion or Order to File Under Seal: 42 .(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 44 | CERTIFICATE OF SERVICE of Unredacted Exhibits served on Plaintiffs on 2.6.26. Service was made by Email. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/06/2026) |
| 02/06/2026 | 45 | OPINION AND ORDER: The Court is also persuaded that Plaintiffs would suffer irreparable harm in the absence of an injunction. Monetary loss can constitute irreparable harm when a party would have no means to recoup such losses through a subsequent action for monetary damages, see, e.g., United States v. New York, 708 F.2d 92, 93 (2d Cir. 1983), and Plaintiffs have adequately demonstrated that they would imminently suffer such loss if GDC is forced to shut down its operations. Additionally, the balance of the equities weighs in favor of injunctive relief, as Plaintiffs have adequately shown that the public interest would be harmed by a delay in a critical infrastructure project. Sufficient reason having been shown, the Court accordingly ORDERS that, pending the hearing of Plaintiffs application for a preliminary injunction, the Defendants are enjoined from implementing the September 30, 2025 suspension of federal disbursements for the Hudson Tunnel Project pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Additionally, the parties are ORDERED to meet and confer, and by February 11, 2026, to submit a joint letter to the Court that addresses the following: 1) Whether, in connection with the motion for a preliminary injunction, the Courts consideration of the likelihood of success on Plaintiffs APA claims is confined to an administrative record compiled by the United States Department of Transportation (DOT); 2) The timing of the submission of a certified administrative record by the DOT for the Courts review; 3) Whether any party will be seeking expedited discovery in connection with the motion for a preliminary injunction, and if so, the nature of such discovery; 4) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing; 5) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure; 6) A briefing schedule for Defendants motion to dismiss for lack of jurisdiction; and7) Whether, in light of Defendants motion to dismiss, Plaintiffs anticipate amending their complaint as of right, pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.SO ORDERED. (Signed by United States District Judge Jeannette A. Vargas on 2/6/2026) (laq) Modified on 2/6/2026 (laq). (Entered: 02/06/2026) |
| 02/06/2026 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Hearing held on 2/6/2026. Present were Jeremy Feigenbaum and Shankar Duraiswamy for plaintiff State of New Jersey; Rabia Muqaddam, Stephen Thompson, and Jessica Ranucci for plaintiff State of New York; and Tara Schwartz and Chibogu Nneka Nzekwu for the defendants. (Court Reporter Andrew Walker) (nmo) (Entered: 02/09/2026) |
| 02/08/2026 | 46 | NOTICE OF INTERLOCUTORY APPEAL from 45 Memorandum & Opinion,,,,,,,,. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Nzekwu, Chibogu) (Entered: 02/08/2026) |
| 02/09/2026 | 47 | MOTION to Stay re: 45 Memorandum & Opinion,,,,,,,, . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 02/09/2026) |
| 02/09/2026 | 48 | MEMORANDUM OF LAW in Support re: 47 MOTION to Stay re: 45 Memorandum & Opinion,,,,,,,, . . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of |

| | | |
|---|---|---|
| | | Transportation..(Schwartz, Tara) (Entered: 02/09/2026) |
| 02/09/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 46 Notice of Interlocutory Appeal,..(nd) (Entered: 02/09/2026) |
| 02/09/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 46 Notice of Interlocutory Appeal, filed by United States Department of Transportation, Dr. Morteza Farajian, David Fink, Federal Transit Administration, Marcus J. Molinaro, Sean Duffy, Federal Railroad Administration, Build America Bureau were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/09/2026) |
| 02/09/2026 | | Appeal Fee Not Required for 46 Notice of Interlocutory Appeal,. Appeal filed by U.S. Government..(nd) (Entered: 02/09/2026) |
| 02/09/2026 | | *****DELETED DOCUMENT. Deleted document number 49 OPINION AND ORDER. The document was incorrectly filed in this case. (sgz)** (Entered: 02/09/2026) |
| 02/09/2026 | 49 | ORDER granting in part and denying in part 47 Motion to Stay. Accordingly, Defendants' Motion for Stay Pending Appeal is DENIED because of the irreparable harm the States and the public interest will suffer in the absence of immediate relief to Plaintiffs. The Court does, however, GRANT an administrative stay until February 12, 2026, at 5:00 pm, to allow Defendants time to file and receive decision on a motion for a stay in the Second Circuit Court of Appeals. The Clerk of Court is directed to terminate ECF No. 47. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/9/2026) (sgz) (Entered: 02/09/2026) |
| 02/09/2026 | 50 | MOTION for Reconsideration re; 49 Order on Motion to Stay,, . Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/09/2026) |
| 02/10/2026 | 51 | LETTER RESPONSE in Opposition to Motion addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated February 10, 2026 re: 50 MOTION for Reconsideration re; 49 Order on Motion to Stay,, . . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/10/2026) |
| 02/11/2026 | 52 | ORDER denying 50 Motion for Reconsideration re 50 MOTION for Reconsideration re; 49 Order on Motion to Stay,, . filed by State of New Jersey, State Of New York, The motion is denied. The clerk is directed to terminate ECF No. 50. (Signed by Judge Jeannette A. Vargas on 2/10/2026) (sgz) (Entered: 02/11/2026) |
| 02/11/2026 | 53 | ORDER terminating 42 Letter Motion to Seal. The Government is directed to resubmit the Motion in accordance with the Court's Individual Rule 10.C.iii ("the party shall (1) publicly file on ECF and electronically relate to the letter motion a copy of the document with the proposed redactions; and (2) file under seal on ECF (with the appropriate level of restriction) and electronically relate to the motion an unredacted copy of the document with the proposed redactions highlighted"). The Clerk of Court is directed to terminate ECF No. 42. The Government is ORDERED to refile the Motion and corresponding exhibits as stated. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/11/2026) (sgz) (Entered: 02/11/2026) |
| 02/11/2026 | 54 | LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 02/06/2026. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/11/2026) |
| 02/11/2026 | 55 | DECLARATION of Matthew Hawkins re: 54 LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 02/06/2026. . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit A. FTA CIG Grant, # 2 Exhibit B. FTA Raise Grant, # 3 Exhibit C. General Terms Fiscal Year 2023 RAISE Program: FTA Projects,, # 4 Exhibit D. FRA FSP Grant, # 5 Exhibit E. RRIF Loan Agreement, # 6 Exhibit F. RRIF Loans Agreement, # 7 Exhibit G. RRIF |

| | | |
|---|---|---|
| | | Loans Agreement).(Nzekwu, Chibogu) (Entered: 02/11/2026) |
| 02/11/2026 | 56 | ***SEALED***DECLARATION of Matthew Hawkins re: 54 LETTER MOTION to Seal addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated 02/06/2026. . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit A. FTA CIG Grant, # 2 Exhibit B. FTA RAISE Grant, # 3 Exhibit C. General Terms and Conditions Under the Fiscal Year 2023 RAISE Program: FTA Projects, # 4 Exhibit D. FRA FSP Grant, # 5 Exhibit E. RRIF Loan Agreement, # 6 Exhibit F. RRIF Loan Agreement, # 7 Exhibit G. RRIF Loan Agreement)Motion or Order to File Under Seal: 54 .(Nzekwu, Chibogu) (Entered: 02/11/2026) |
| 02/11/2026 | 57 | JOINT LETTER addressed to Judge Jeannette A. Vargas from The Parties dated 02/11/2026 re: Compliance with the Court's February 6 Order. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/11/2026) |
| 02/13/2026 | 58 | EMERGENCY LETTER MOTION for Conference addressed to Judge Jeannette A. Vargas from State of New Jersey and State of New York dated 02/13/2026. Document filed by State Of New York, State of New Jersey..(Muqaddam, Rabia) (Entered: 02/13/2026) |
| 02/13/2026 | 59 | ORDER Status Conference set for 2/13/2026 at 3:00 pm via Microsoft TEAMS. Please use the following information to join.Meeting ID: 250 868 574 528 92 Passcode: yf98KC6k (HEREBY ORDERED by Judge Jeannette A. Vargas) (Text Only Order) (nmo) (Entered: 02/13/2026) |
| 02/13/2026 | 60 | ORDER granting 54 Letter Motion to Seal. Accordingly, the Government's motion is GRANTED. The Clerk of Court is directed to terminate ECF No. 54. SO ORDERED. (Signed by Judge Jeannette A. Vargas on 2/13/2026) (sgz) (Entered: 02/13/2026) |
| 02/13/2026 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Status Conference held on 2/13/2026, Motion(s) terminated: 58 EMERGENCY LETTER MOTION for Conference. Present were Jeremy Feigenbaum and Shankar Duraiswamy for plaintiff State of New Jersey; Rabia Muqaddam and Stephen Thompson, and for plaintiff State of New York; and Tara Schwartz and Chibogu Nneka Nzekwu for the defendants. Defendants are directed to submit a status report regarding the payment of all present and future disbursements by February 17, 2026 by 3:00 p.m. (Court Reporter Nicole DiMasi) (nmo) Modified on 2/13/2026 (nmo). (Entered: 02/13/2026) |
| 02/17/2026 | 61 | STATUS REPORT. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 02/17/2026) |
| 02/27/2026 | 62 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/6/2026 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/20/2026. Redacted Transcript Deadline set for 3/30/2026. Release of Transcript Restriction set for 5/28/2026..(Moya, Goretti) (Entered: 02/27/2026) |
| 02/27/2026 | 63 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/6/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/27/2026) |
| 03/02/2026 | 64 | ORDER: It is hereby ORDERED that a hearing will be held with respect to Plaintiff's motion for a preliminary injunction. ECF No. 11. Per the parties' correspondence with the Court, ECF No. 57 ("Joint Ltr."), Plaintiffs' motion for a preliminary injunction is hereby consolidated with adjudication on the merits pursuant to Rule 65(a)(2). Fed. R. Civ. P. 65(a)(2). The hearing will take place on Thursday, April 16, 2026, at 11:00 a.m., in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 |

| | | |
|---|---|---|
| | | Pearl Street, New York, New York 10007. Defendants shall submit their papers in support of their motion to dismiss and in opposition to Plaintiffs' motion for relief by March 17, 2026. Plaintiffs' papers in opposition to Defendants' motion to dismiss and in further support of its motion for relief is due by March 31, 2026. Defendants' reply in support of their motion to dismiss is due by April 7, 2026. Set Deadlines/Hearing as to ( Responses due by 3/31/2026, Replies due by 4/7/2026., Motion Hearing set for 4/16/2026 at 11:00 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Jeannette A. Vargas.) (Signed by Judge Jeannette A. Vargas on 3/2/2026) (sgz) (Entered: 03/02/2026) |
| 03/11/2026 | 65 | ORDER of USCA (Certified Copy) as to 46 Notice of Interlocutory Appeal, filed by United States Department of Transportation, Dr. Morteza Farajian, David Fink, Federal Transit Administration, Marcus J. Molinaro, Sean Duffy, Federal Railroad Administration, Build America Bureau USCA Case Number 26−0282. In sum, because DOT has failed to demonstrate irreparable harm or any other circumstances warranting a stay pending appeal, its motion for such a stay is DENIED. Should DOT wish to expedite consideration of its appeal before a merits panel, it is free to make such a request, though in the absence of such a request, the appeal may not be heard until the 2026 term begins in August−September. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 3/11/2026. (tp) (Entered: 03/11/2026) |
| 03/16/2026 | 66 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Jeannette A. Vargas from C. Nneka Nzekwu dated March 16, 2026. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Nzekwu, Chibogu) (Entered: 03/16/2026) |
| 03/17/2026 | 67 | ORDER granting 66 Letter Motion for Leave to File Excess Pages. The government's request for an enlargement of the word count for the government's brief in support of its motion to dismiss and in opposition to Plaintiffs' motion for a preliminary injunction to 9,100 words is GRANTED. Accordingly, the Parties shall submit their filings in compliance with Rule 5.A of this Court's Individual Rules and Practices in Civil Cases. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin−Olowu, Tammy) (Entered: 03/17/2026) |
| 03/17/2026 | 68 | MOTION to Dismiss . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 03/17/2026) |
| 03/17/2026 | 69 | MEMORANDUM OF LAW in Support re: 68 MOTION to Dismiss . . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 03/17/2026) |
| 03/17/2026 | 70 | DECLARATION of Tara Schwartz in Support re: 68 MOTION to Dismiss .. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit 1).(Schwartz, Tara) (Entered: 03/17/2026) |
| 03/31/2026 | 71 | REPLY MEMORANDUM OF LAW in Opposition re: 68 MOTION to Dismiss . . Document filed by State Of New York, State of New Jersey..(Balekdjian, Janine) (Entered: 03/31/2026) |
| 03/31/2026 | 72 | REPLY AFFIRMATION of Lauren E. Van Driesen in Opposition re: 68 MOTION to Dismiss .. Document filed by State Of New York, State of New Jersey. (Attachments: # 1 Exhibit 1 − Supplemental Declaration of Kris Kolluri).(Van Driesen, Lauren) (Entered: 03/31/2026) |
| 04/07/2026 | 73 | REPLY MEMORANDUM OF LAW in Support re: 68 MOTION to Dismiss . . Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 04/07/2026) |

| | | |
|---|---|---|
| 04/16/2026 | | Minute Entry for proceedings held before Judge Jeannette A. Vargas: Motion Hearing held on 4/16/2026. Present were Shankar Duraiswamy, Jake Mazeitis, Jeremy Feigenbaum and Janine Balekdjian for plaintiff State of New Jersey; Rabbia Muqaddam and Jessica Ranucci for plaintiff State of New York; and Tara Schwartz and Chibogu Nneka Nzekwu for the defendants. (Court Reporter Doug Colavito) (nmo) (Entered: 04/16/2026) |
| 04/29/2026 | 74 | ORDER: The Court requires supplemental briefing from the parties with respect to certain of the jurisdictional issues that have been raised by the pending motions in this matter.By Wednesday, May 6, 2026, Plaintiffs shall submit a letter brief of no more than four (4) pages, single spaced, addressing the following questions:(1) With respect to the RRIF loans, is it Plaintiffs' position that the suspension of those loans violates 2 C.F.R. § 200.339 and 2 C.F.R. § 200.342, which appear to be limited to grants? If so, Plaintiffs should set forth the manner in which the September 30 Suspension of the loans is in violation of the stated regulations.(2) If the answer to the prior question is no, what is the source of rights for Plaintiffs' claims relating to the suspension of the RRIF loans?(3) If Plaintiffs' only source of rights with respect to the prior question is the APA itself, to what extent can the APA itself provide the requisite source of rights under the Megapulse test? Defendants may file a responsive letter brief of no more than four (4) pages, single spaced, by Wednesday, May 13, 2026. (Signed by Judge Jeannette A. Vargas on 4/29/2026) (sgz) (Entered: 04/30/2026) |
| 05/06/2026 | 75 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/16/2026 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Doug Colavito, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/27/2026. Redacted Transcript Deadline set for 6/8/2026. Release of Transcript Restriction set for 8/4/2026..(Moya, Goretti) (Entered: 05/06/2026) |
| 05/06/2026 | 76 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 4/16/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 05/06/2026) |
| 05/06/2026 | 77 | SUPPLEMENTAL BRIEF . Document filed by State of New Jersey..(Duraiswamy, Shankar) (Entered: 05/06/2026) |
| 05/13/2026 | 78 | RESPONSE re: 77 Brief *on jurisdictional issues*. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation..(Schwartz, Tara) (Entered: 05/13/2026) |
| 05/27/2026 | 79 | NOTICE of Supplemental Authority re: 68 MOTION to Dismiss .. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. (Attachments: # 1 Exhibit A).(Schwartz, Tara) (Entered: 05/27/2026) |
| 06/02/2026 | 80 | NOTICE of Response to Notice of Supplemental Authority re: 79 Notice (Other),. Document filed by State Of New York, State of New Jersey..(Duraiswamy, Shankar) (Entered: 06/02/2026) |
| 06/29/2026 | 81 | OPINION AND ORDER : For the reasons stated, the Court grants judgment to Plaintiffs with respect to Count I of their Complaint as it pertains to the GDC Grants. The Court declares that the September 30 Suspension was contrary to law insofar as it suspended disbursements under the GDC Grants in violation of the Uniform Grant Guidance. The Court orders that the September 30 Suspension be vacated and set aside. Defendants are enjoined from relying upon the September 30 Suspension prospectively with respect to the GDC Grants. The Court otherwise dismisses the claims against Defendants for lack of subject matter jurisdiction.The Clerk of Court is instructed to enter judgment in accordance with thisOpinion and Order and close the case. (Signed by Judge Jeannette A. Vargas on 6/29/2026) (sgz) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/29/2026) |

| | | |
|---|---|---|
| 06/30/2026 | 82 | CLERK'S JUDGMENT re: 81 Memorandum & Opinion. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated June 29, 2026, the Court grants judgment to Plaintiffs with respect to Count I of their Complaint as it pertains to the GDC Grants. The Court declares that the September 30 Suspension was contrary to law insofar as it suspended disbursements under the GDC Grants in violation of the Uniform Grant Guidance. The Court orders that the September 30 Suspension be vacated and set aside. Defendants are enjoined from relying upon the September 30 Suspension prospectively with respect to the GDC Grants. The Court otherwise dismisses the claims against Defendants for lack of subject matter jurisdiction; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 6/30/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 06/30/2026) |
| 07/02/2026 | 83 | TRANSCRIPT of Proceedings re: conference held on 4/16/2026 before Judge Jeannette A. Vargas. Court Reporter/Transcriber: Doug Colavito, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/23/2026. Redacted Transcript Deadline set for 8/3/2026. Release of Transcript Restriction set for 9/30/2026..(Moya, Goretti) (Entered: 07/02/2026) |
| 07/02/2026 | 84 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 4/16/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 07/02/2026) |
| 08/28/2026 | 85 | NOTICE OF APPEAL from 82 Clerk's Judgment,,,. Document filed by Build America Bureau, Sean Duffy, Dr. Morteza Farajian, Federal Railroad Administration, Federal Transit Administration, David Fink, Marcus J. Molinaro, United States Department of Transportation. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Nzekwu, Chibogu) (Entered: 08/28/2026) |