**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 15, 2026

By Electronic Filing

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *State of New Jersey et al. v. U.S. Dep't of Trans. et al.*, Docket No. 26-2416

Dear Ms. Wolfe:

Pursuant to this Court's Local Rule 31.2(a)(1)(A), defendants-appellants respectfully requests a deadline of November 30, 2026, for the filing of defendants-appellants' brief in the above-named appeal. This date is 91 days from the date of defendants-appellants' filing of the certificate that no transcript will be ordered.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *__/s/ Chibogu Nneka Nzekwu__*
C. NNEKA NZEKWU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2737
Email: chibogu.nzekwu@usdoj.gov