**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six,

---

State of New Jersey, State of New York,

Plaintiffs - Appellees,

v.

United States Department of Transportation, Sean Duffy, Federal Railroad Administration, David Fink, Federal Transit Administration, Marcus J. Molinaro, Build America Bureau, Morteza Farajian,

Defendants - Appellants.

---

**ORDER**
Docket No. 26-2416

Counsel for Appellant Build America Bureau, David Fink, Federal Railroad Administration, Federal Transit Administration, Marcus J. Molinaro, Morteza Farajian, Sean Duffy, United States Department of Transportation has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 30, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before November 30, 2026. The appeal is dismissed effective November 30, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT